IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES STINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-155-WKW |
| | ) |
| DIANCA McDANIELS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 27, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, Plaintiff's complaint is DISMISSED without prejudice for failure to pay the requisite filing fee or file an application to proceed *in forma pauperis*, failure to prosecute this action, and failure to comply with orders of the court.

A separate final judgment will be entered.

DONE this 20th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE